# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                          NO.: 4:12CR00230-002 KGB

KENT HALLUM                                                                           DEFENDANT

## AMENDMENT TO JUDGMENT & COMMITMENT ORDER

The Judgment & Commitment Order entered on June 20, 2013, is hereby amended to remove the condition that Mr. Hallum abstain from the use of alcohol throughout the term of probation.

Additionally, the condition for 100 hours of community service will be amended to read:

Mr. Hallum shall perform 100 hours of community service, as directed by the probation officer, prior to the expiration of his term of probation. The location for the community service will be determined by the probation officer.

All other conditions contained in the original Judgment & Commitment Order remain in full force and effect.

IT IS SO ORDERED this 3rd day of July, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE