IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                             NO.: 4:12CR00230-001 KGB

HUDSON HALLUM                                                               DEFENDANT

**AMENDMENT TO JUDGMENT & COMMITMENT ORDER**

The Judgment & Commitment Order entered on June 20, 2013, is hereby amended to include the condition that:

> Mr. Hallum shall participate, under the guidance and supervision of the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling and residential treatment. Further, Mr. Hallum shall abstain from the use of alcohol throughout the course of supervision.

Additionally, the condition for 100 hours of community service will be amended to read:

> Mr. Hallum shall perform 100 hours of community service, as directed by the probation officer, prior to the expiration of his term of probation. The location for the community service will be determined by the probation officer.

All other conditions contained in the original Judgment & Commitment Order remain in full force and effect.

IT IS SO ORDERED this 3rd day of July, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE