**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                        NO.: 4:12CR00230-001 KGB

HUDSON HALLUM                                                                                 DEFENDANT

## SECOND AMENDMENT TO JUDGMENT & COMMITMENT ORDER

The Amendment to Judgment & Commitment Order entered on July 3, 2013, is hereby

amended to correct the condition regarding alcohol to read:

Mr. Hallum shall abstain from the use of alcohol throughout the course of treatment.

All other conditions contained in the original Judgment & Commitment Order entered June

20, 2013, and the Amendment to Judgment & Commitment Order remain in full force and effect.

IT IS SO ORDERED this 17th day of July, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE